6:19-CV-01185-RRS-CBW
# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Kibbie Pillette** was received by me on (date) __9/12/19__.

- I personally served the summons on **Kibbie Pillette** at (place) __1512 Felicity ST. Abbeville, LA 70510__ on (date) __9/12/19__; or

- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

- I returned the summons unexecuted because _____; or

- Other (specify):

My fees are $ __0__ for travel and $ __60.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

Date: __9/12/19__

_Philip Siragusa_
Server's signature

__Philip Siragusa, Private Investigator__
Printed name and title   Lic# 8519-020615-LA

__101 Felonise ST.__
__Lafayette, LA 70507__
Server's address

Additional information regarding attemped service, etc:

6:19-CV-01185-RRS-CBW
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Sara Duplechain** was received by me on (date) ___9/12/19___.

- I personally served the summons on **Sara Duplechain** at (place) __4527 NAUD RD. Abbeville, LA 70510__ on (date) __9/12/19__; or

- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

- I returned the summons unexecuted because _____; or

- Other (specify):

My fees are $ __∅__ for travel and $ __60.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

Date: __9/12/19__

_Philip Siragusa_
Server's signature

__Philip Siragusa, Private Investigator__
Printed name and title   Lic# 8519-0206-15-LA

__101 Felonise St.__
__Lafayette, LA 70507__
Server's address

Additional information regarding attempted service, etc:

6:19-CV-01185-RRS-CBW

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **School Board Vermilion Parish** was received by me on (date) _9/12/19_.

- I personally served the summons on **School Board Vermilion Parish** at (place) _____ on (date) _____; or

- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _Tiffany LeBlanc_, who is designated by law to accept service of process on behalf of (name of organization) _Vermilion Parish School Board_ on (date) _9/12/19_; or

- I returned the summons unexecuted because _____; or

- Other (specify):

My fees are $ _0_ for travel and $ _60.00_ for services, for a total of $ _60.00_.

I declare under penalty of perjury that this information is true.

Date: _9/12/19_

_Philip Siragusa_
Server's signature

_Philip Siragusa, Private Investigator_
Printed name and title Lic# 8519-020615-LA

_101 Felonise St._
_Lafayette, LA  70507_
Server's address

Additional information regarding attempted service, etc:

6:19-CV-01185-RRS-CBW

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Laura Lebeouf** was received by me on *(date)* ___9/12/19___.

- I personally served the summons on **Laura Lebeouf** at *(place)* _____
   _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* BRETT LEBEOUF (LAURA'S HUSBAND), a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify)*:

My fees are $ __0__ for travel and $ __60.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

Date: ___9/12/19___

_Philip Siragusa_
Server's signature

Philip Siragusa, Private Investigator
Printed name and title  LIC# 8519-020615-LA

101 Felonise St.
Lafayette, LA 70507
Server's address

Additional information regarding attempted service, etc: