6:19-CV-01185-RRS-CBW
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **David Dupuis** was received by me on (date) __9/12/19__.

- I personally served the summons on **David Dupuis** at (place) __401 Wilkinson ST. Gueydan, LA 70542__ on (date) __9/16/19 @ 5:56 AM__; or

- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

- I returned the summons unexecuted because _____; or

- Other (specify):

My fees are $ __0__ for travel and $ __60.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

Date: __9/16/19__

__Philip W. Siragusa__
Server's signature

Philip Siragusa, Private Investigator
Printed name and title  LIC# 8519-020615-LA

101 Felonise ST.
Lafayette, LA 70507
Server's address

Additional information regarding attempted service, etc: