UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

To:         All Counsel of Record

Issued By:    Judge Robert R. Summerhays

Re:         Puyau v. School Board Vermilion Parish, et al
              Civil Action No. 6:19-cv-1185

Date:       September 16, 2019

**MINUTES OF HEARING[1]**

The court held a telephone conference with the parties regarding the Plaintiff's Ex Parte Motion for Temporary Restraining Order [doc. 4]. Participating in the conference call were Brett Grayson, counsel for Plaintiff and Robert Hammonds, counsel for Defendants.

The court will hold a hearing on the request for a TRO on September 25, 2019, at 10:00 a.m. in Lafayette, Louisiana.

Defendants stipulated that no actions to terminate Plaintiff's employment would be taken prior to the September 25, 2019 hearing.

---

[1] Court time – 30 min.; Court Reporter – LaRae Bourque