## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Puyau v. School Board Vermilion Parish, et al
Civil Action No. 6:19-cv-1185

Date: September 18, 2019

### AMENDED MINUTES OF TELEPHONE CONFERENCE[1]

The court held a telephone conference with the parties regarding the Plaintiff's Ex Parte Motion for Temporary Restraining Order [doc. 4] on September 16, 2019. Participating in the conference call were Brett Grayson, counsel for Plaintiff and Robert Hammonds, counsel for Defendants.

The court will hold a hearing on the request for a TRO on September 25, 2019, at 10:00 a.m. in Lafayette, Louisiana.

Defendants stipulated that no actions to terminate Plaintiff's employment would be taken prior to the September 25, 2019 hearing.

The Court requests that the parties be prepared to address the plaintiff's claims in light of *Kinsey v. Salado Indep. Sch. Dist.*, 950 F.2d 988 (5th Cir. 1992). Moreover, since the plaintiff has not been terminated and there is no imminent termination proceeding, the Court requests that the parties be prepared to address ripeness in light of *Kinsey*. The court will rule on the basis of the parties' papers and arguments during the hearing. The Court will not take evidence.

---

[1] Court time – 30 min.; Court Reporter – LaRae Bourque